# UNITED STATES DISTRICT COURT

for

### District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 AUG 10 PM 3: 24

OFFICE OF THE CLERK

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| **Name of Offender:** | Cindy Waugh |
| **Docket Number:** | 8:90CR19 |
| **Sentencing Judge:** | The Honorable Lyle E. Strom<br>United States Senior District Judge |
| **Date of Original Sentence:** | December 29, 2003 |
| **Original Offense:** | Possession with Intent to Distribute Methamphetamine<br>21 U.S.C. 841(a)(1) |
| **Original Sentence:** | 175 months imprisonment; five years supervised release |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commenced:** | December 30, 2004 |

===============================================================================

## PETITIONING THE COURT

___  To extend the term of supervision for _____, for a total term of _____.

**X**  To modify the conditions of supervision as follows:

**The cost of the offender's supervision be remitted.**

### CAUSE

Ms. Waugh survives on a very limited income. In addition she suffers from numerous health problems. Her living expenses and limited income prevent her from being able to afford the costs of supervision at the current rate. As such, it is this officer's position that the supervision fees originally ordered by the Court be remitted.

Respectfully submitted,

Douglas D. Steensma
U.S. Probation Officer

Reviewed by,

John A. Hill, Supervising
U.S. Probation Officer

WAUGH, Cindy
Request for Modifying the Conditions of Supervision
July 18, 2006

THE COURT ORDERS
=================================================================

___ No Action

___ The Extension of Supervision as Noted Above

_✓_ The Modification of Conditions as Noted Above

___ Other

*[signature]*

The Honorable Lyle E. Strom
U.S. Senior District Judge

_8/10/06_
Date

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

## Waiver of Hearing to Modify Conditions
## of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

    The costs of supervision ordered by the Court be remitted due to my limited income and increasing medical expenses.

Witness: _____  Signed: _____
U.S. Probation Officer                                    Offender

07/13/06
Date